## VERIFICATION

I, Jere Holt, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the United States Drug Enforcement Administration, that I have read the foregoing Verified Complaint of Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true. The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer of the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of August, 2010.

_____
Jere Holt, Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me this 3rd day of August, 2010.

[Notary Seal: TERRI L. CELESTINE, NOTARY PUBLIC, #02002358, EXP. 02/08/14, STATE OF OKLAHOMA]

_____
NOTARY PUBLIC

My Commission Expires:
February 8, 2014

ATTACHMENT 1